**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01727-JLK

ROBERT A. KARTSTETTER,

       Plaintiff,

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

Joseph A. Whitcomb
1391 Speer Blvd. Suite 705
Denver, CO 80204
303-534-1954
303-534-1949
joe@RMDLG.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Robert L. Van Saghi
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
(303) 844-0770 (facsimile)
robert.vansaghi@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** 7/3/12
**B.  Date Complaint Was Served on U.S. Attorney's Office:** 7/9/12
**C. Date Answer and Administrative Record Were Filed:** 9/7/12

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    PROPOSED BRIEFING SCHEDULE**

The parties agreed to the following schedule:

**A.  Plaintiffs Opening Brief Due:**        11/06/12
**B.  Defendant's Response Brief Due:**     12/06/12
**C.  Plaintiffs Reply Brief (If Any) Due:** 12/21/12

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

**A.  Plaintiffs Statement:** Plaintiff does request oral argument.
**B.  Defendant's Statement:** Defendant does not request oral argument.

**10.**   **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States
Magistrate Judge.

**11.**   **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR
CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY
SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED
UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD,
AND ALL PRO SE PARTIES.

**12.**   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only
upon a showing of good cause.

DATED this 28th day of September 2012.

                                          BY THE COURT:


                                          s/John L. Kane
                                          SENIOR U.S. DISTRICT JUDGE

APPROVED:

For Plaintiff:

s/ Joseph A. Whitcomb
Joseph A. Whitcomb
1391 Speer Blvd., Suite 705
Denver, CO 80204
303-534-1954
303-534-1949
joe@RMDLG.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov