**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01727-REB

ROBERT ALAN KARSTETTER,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Affirming Commissioner [Docket No. 18] of Judge Robert

E. Blackburn entered on April 23, 2013 it is

      **ORDERED** that the conclusion of the Commissioner through the Administrative

Law Judge that plaintiff was not disabled is **AFFIRMED**.  It is

      **FURTHER ORDERED** that judgment shall enter in favor of the defendant and

against the plaintiff and the case is dismissed.

      Dated at Denver, Colorado this 26th day of April, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                        Edward P. Butler, Deputy Clerk